UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STRUCTURES UNLIMITED, INC.,

        Plaintiff,　　　　　　　　CIV. S-04-1140 PAN

    v.

FIRST NATIONAL SURETY COMPANY OF　　　　　ORDER
AMERICA, and DOES 1 through 10
inclusive,

        Defendants.

-o0o-

Pending the court's decision on defendant's motion for summary judgment, submitted December 8, 2005, the court hereby vacates all impending deadlines and hearings in this action, including the deadline for filing pretrial statements and the dates for pretrial conference and trial.  The scheduling order will be amended in consultation with the parties if necessary

////

////

1  after resolution of defendant's motion.

2       So ordered.

3       Dated:  February 1, 2006.

4                                    /s/ Peter A. Nowinski
                                     PETER A. NOWINSKI
5                                    Magistrate Judge