IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STRUCTURES UNLIMITED, INC.,

    Plaintiff,    No. CIV S-04-1140 PAN (JFM)

  vs.

FIRST NATIONAL SURETY
COMPANY OF AMERICA, and
DOES 1 through 10, inclusive

    Defendants    ORDER SETTING STATUS CONFERENCE

_____ /

      Pursuant to the consent of the parties, this action has been reassigned to the assigned magistrate judge. See 28 U.S.C. § 636(c). Discovery is closed and dispositive motions have been resolved; this matter needs to be scheduled for trial. Pursuant to the provisions of Federal Rule of Civil Procedure 16 and Local Rule 16-240, IT IS HEREBY ORDERED that:

      1. A Final Status (Pretrial Scheduling) Conference is set for Thursday, August 24, 2006, at 11:00 a.m. in courtroom # 25 before the undersigned.

      2. All parties shall appear by counsel or in person if acting without counsel.

      3. The parties shall submit to the court and serve by mail on all other parties, no later than seven days before the Status (Pretrial Scheduling) Conference, a status report addressing the following matters:

1         a. Future proceedings, including setting appropriate cutoff dates for the
2 scheduling of a pretrial conference and trial;
3         b. Modification of standard pretrial procedures specified by the rules due to the
4 relative simplicity or complexity of the action or proceedings;
5         c. Whether the case is related to any other case, including matters in
6 bankruptcy;
7         d. Whether the counsel will stipulate to the magistrate judge assigned to this
8 matter acting as settlement judge and waiving any disqualifications by virtue of his so acting, or
9 whether they prefer to have a Settlement Conference before another judge;
10         e. Any other matters that may add to the just and expeditious disposition of this
11 matter.
12     4. Plaintiff and counsel are reminded of their continuing duty to notify chambers
13 immediately of any settlement or other disposition (<u>see</u> Local Rule 16-160).
14 DATED: July 17, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; structures.sco