IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRUCTURES UNLIMITED, INC., | |
| Plaintiff, | No. CIV S-04-1140 EFB |
| vs. | |
| FIRST NATIONAL SURETY COMPANY OF AMERICA, and DOES 1 through 10 inclusive, | ORDER RE SETTLEMENT & DISPOSITION |
| Defendants. | |

Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on November 2, 2006, the court has determined that the above-captioned case has settled.

The court now orders that dispositional documents are to be filed not later than fifteen (15) days from the date of this order.

All hearing dates set in this matter are **VACATED.**

////

////

////

1

1  FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE
2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO
3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.
4  IT IS SO ORDERED.
5  DATED: November 6, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE